**Order entered February 18, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00952-CR
No. 05-19-00953-CR
No. 05-19-00954-CR

**ALEJANDRO REYES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-75284-V, F18-75285-V & F18-75286-V**

## ORDER

The reporter's record was due November 23, 2019. When it was not filed, we notified court reporters Peri Wood and Kelly Simmons (postcards dated November 27, 2019 and January 13, 2020 delivered via electronic transmission) that the reporter's record was past due and instructed that the record be filed within thirty days. To date, the record has not been filed and we have had no communication from either court reporter.

We **ORDER** court reporters Peri Wood and Kelly Simmons to file the complete reporter's record in the above appeals **by March 13, 2020**. We caution Ms. Wood and Ms. Simmons that should they fail to file the record by that date, the Court will take whatever action

it deems appropriate to ensure these appeals proceed in a more timely fashion.  This may include ordering they not sit until the record is filed.

We **DIRECT** the Clerk to send a copy of this order to the Honorable Brandon Birmingham, Presiding Judge, 292nd Judicial District Court; official court reporter Peri Wood, 292nd Judicial District Court; Kelly Simmons, court reporter; and counsel for all parties.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE